No. 228. BURNS *v.* ALABAMA. November 5, 1945. The petition for writ of certiorari to the Supreme Court

of Alabama is denied and the order granting a stay of execution is vacated. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *Mr. Horace C. Alford* for petitioner. *Robert B. Harwood,* Attorney General of Alabama, and *John O. Harris,* Assistant Attorney General, for respondent.